**Jonathan ELDRIDGE, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 71307.**

Missouri Court of Appeals, Western District.

Aug. 17, 2010.

Shelly A. Kintzel, Esq., Jefferson City, MO, for appellant.

Adam T. Sanderberg, Esq., Columbia, MO, for respondent.

BEFORE DIVISION FOUR: LISA WHITE HARDWICK, C.J., Presiding, JAMES E. WELSH and GARY D. WITT, JJ.

#### Order

PER CURIAM.

Jonathan Eldridge appeals the Labor and Industrial Relations Commission's determination that he is ineligible for unemployment compensation benefits based on his status as a full-time student. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's Order.

AFFIRMED. Rule 84.16(b).